UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS SICINOLFI | : | DN. 3:03 CV 929 (AWT) |
|     *Plaintiff*, | : | |
| v. | : | |
| TOWN OF TRUMBULL, ET AL, | : | |
|     *Defendant*. | : | OCT. 14, 2003 |

**MOTION FOR EXTENSION OF TIME**

Plaintiff moves for an extension of time *nunc pro tunc* until Friday, October 17, 2003, to respond to defendant's motion to dismiss.

Plaintiff's counsel has had numerous lengthy matters to complete, including a summary judgment reply, and could not file the brief on this motion. This is plaintiff's first request for an extension of time. On October 14, 2003, the undersigned called Atty. Raymond Hassett, one of the counsel for defendants, to ask whether defendants would object to the motion. Attorney Hassett said he could not speak to the issue since the matter was being handled by his partner, Attorney Louis George. The under

signed then called Attorney George, but he was not in and was not in and was not expected until the following day. The plaintiff thus does not know the position of the defendants with regard to the extension.

                              THE PLAINTIFF
                              NICHOLAS SICINOLFI

BY: _____
     WILLIAM B. BARNES, ESQ.
        (CT00268)
     Rosenstein & Barnes
     P.O. Box 687
     1100 Kings Hwy. East,
     Fairfield, CT 06432
     (203) 367-7922

**CERTIFICATION**

     A copy of the foregoing was faxed and mailed first class mail on October 14, 2003 to:

Louis N. George, Esq.
Raymond M. Hassett, Esq.
Michelle D. Killion, Esq.
Hassett & George, P.C.
555 Franklin Ave.
Hartford, CT  06114

_____
WILLIAM B. BARNES, ESQ.

2