UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS SICINOLFI | : | DN. 3:03 CV 929 (AWT) |
| *Plaintiff,* | : | |
| v. | : | |
| TOWN OF TRUMBULL, ET AL, | : | |
| *Defendant.* | : | OCT. 14, 2003 |

## MOTION FOR EXTENSION OF TIME

Plaintiff moves for an extension of time *nunc pro tunc* until Friday, October 17, 2003, to respond to defendant's motion to dismiss.

Plaintiff's counsel has had numerous lengthy matters to complete, including a summary judgment reply, and could not file the brief on this motion. This is plaintiff's first request for an extension of time. On October 14, 2003, the undersigned called Atty. Raymond Hassett, one of the counsel for defendants, to ask whether defendants would object to the motion. Attorney Hassett said he could not speak to the issue since the matter was being handled by his partner, Attorney Louis George. The under



Extension GRANTED, nunc pro tunc, to and including October 17, 2003.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    10/23/03