UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 NOV 12 P 2: 22
S DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| NICHOLAS SICINOLFI | : | DN. 3:03 CV 929 (AWT) |
| *Plaintiff*, | : | |
| v. | : | |
| TOWN OF TRUMBULL, ET AL, | : | |
| *Defendant*. | : | November 10, 2003 |

### MOTION FOR EXTENSION OF TIME

Plaintiff moves for an extension of time until Wednesday, December 10, 2003, to respond to defendant's request for interrogatories and requests for production.

Plaintiff's counsel has been called out of state on another matter for various depositions. This is plaintiff's first request for an extension of time to answer the discovery. On November 10, 2003, the undersigned faxed Atty. Louis George, one of the counsel for defendants, to ask whether defendants would object to the motion. He has not replied. The plaintiff thus does not know the position of the defendants with regard to the extension.

        THE PLAINTIFF
        NICHOLAS SICINOLFI


    BY: _____
        WILLIAM B. BARNES, ESQ.
         (CT00268)
        Rosenstein & Barnes
        P.O. Box 687
        1100 Kings Hwy. East,
        Fairfield, CT 06432
        (203) 367-7922

**CERTIFICATION**

  A copy of the foregoing was faxed and mailed first class mail on November 10, 2003 to:

Louis N. George, Esq.
Raymond M. Hassett, Esq.
Michelle D. Killion, Esq.
Hassett & George, P.C.
555 Franklin Ave.
Hartford, CT 06114

        _____
        WILLIAM B. BARNES, ESQ.

2