UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS SICINOLFI | : | DN. 3:03 CV 929 (AWT) |
| Plaintiff, | : | |
| v. | : | |
| TOWN OF TRUMBULL, ET AL, | : | |
| Defendant. | : | November 10, 2003 |

**MOTION FOR EXTENSION OF TIME**

Plaintiff moves for an extension of time until Wednesday, December 10, 2003, to respond to defendant's request for interrogatories and requests for production.

Plaintiff's counsel has been called out of state on another matter for various depositions. This is plaintiff's first request for an extension of time to answer the discovery. On November 10, 2003, the undersigned faxed Atty. Louis George, one of the counsel for defendants, to ask whether defendants would object to the motion. He has not replied. The plaintiff thus does not know the position of the defendants with regard to the extension.

**Extension GRANTED, to and including December 10, 2003. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford CT   11/18/03