UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NICHOLAS SICINOLFI and
THE NICHOLAS-JAMES COMPANY
    Plaintiffs,

v.

TOWN OF TRUMBULL
MARLIN LIVELY
ANNE MOORE
RICHARD BERNARD and
CHRISTOPHER PAOLETI,
    Defendants.

CIVIL ACTION NO.:
303 CV 929 (AWT)

January 21, 2004

## DEFENDANTS' MOTION FOR DEFAULT

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the individual defendants, Anne Moore, Marlin Lively, Richard Bernard and Christopher Paoleti, hereby move this Court to enter the following orders for the Plaintiffs' failure to respond to discovery: (1) a default against the Plaintiffs, Nicholas Sicnolfi and the Nicholas-James Company; (2) an Order providing that Nicholas Sicinolfi be precluded from giving testimony, whether by affidavit or in person, directed to the topics addressed in the Defendants' discovery requests; and (3) an Order requiring the Plaintiffs to pay the reasonable attorneys fees incurred in presenting this

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

motion. The Defendants certify that attorney Stuart E. Brown contacted attorney William B. Barnes, counsel for the Plaintiffs, on Friday January 9, 2004 to inquire as to the Plaintiff's delay in responding to the Defendants' Interrogatories and Requests for Production which were received by the Plaintiff on October 17, 2003. As more fully described in the attached memorandum of law, the Plaintiff's responses to the Defendants' discovery requests have not been prepared.

Therefore, the Court should enter a default and preclude Nicholas Sicinolfi from giving testimony. Furthermore, the Defendants request the Plaintiff pay the Defendants' expenses incurred in obtaining this order, in accordance with Rule 37 (a) (4) (A). A memorandum of law is submitted herewith.

DEFENDANTS,
MARLIN LIVELY, ANNE MOORE,
RICHARD BERNARD and
CHRISTOPHER PAOLETI

By: *[signature]*
Stuart E. Brown (ct 24659)
Hassett & George, P.C.
555 Franklin Avenue
Hartford, Connecticut 06114
(860) 296-2111

## ORDER

The foregoing motion having been heard before this Court is hereby ordered:

GRANTED / DENIED.

BY THE COURT

_____
Clerk/Judge

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed this 21ˢᵗ day of January, 2004 to the following counsel and/or pro se parties of record:

William B. Barnes, Esq.
Rosenstein & Barnes
1100 Kings Highway East
Fairfield, CT 06825

_____
Stuart E. Brown