UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 28  P 2: 20

U.S. DISTRICT COURT
HARTFORD, CT.

```
----------------------------------x
                                   :
NICHOLAS SICINOLFI,                :
a/k/a NICK SICINOLFI,              :
a/k/a NICHOLAS SARNO,              :
a/k/a NICK SARNO; and              :
THE NICHOLAS-JAMES                 :
COMPANY, LLC,                      :
                                   :
        Plaintiffs,                :
                                   :
v.                                 :    Civil No. 3:03CV00929(AWT)
                                   :
TOWN OF TRUMBULL;                  :
MARLIN LIVELY, in his              :
individual capacity only;          :
ANNE MOORE, in her individual      :
capacity only; RICHARD             :
BERNARD, in his individual         :
capacity only; and                 :
CHRISTOPHER PAOLETTI, in his       :
individual capacity only,          :
                                   :
        Defendants.                :
                                   :
----------------------------------x
```

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge _Donna F. Martinez_ for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

_X_ A ruling on the following motions, which are currently pending: Defendants' Motion for Default (Doc. #29)(orefm.)

\_\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_\_ Other:_____(orefmisc./misc)

It is so ordered.

Dated this **27th** day of **January**, 2004, at Hartford, Connecticut.

Alvin W. Thompson
United States District Judge