*(handwritten margin annotation, rotated, left side:)*

GRANTED in part, DENIED in part. The defendants' requests that the court enter a default and/or preclude the plaintiff's testimony are DENIED. To the extent that the defendants move to compel responses to their interrogatories and requests for production dated October 14, 2003, the request is GRANTED. The plaintiffs shall provide discovery responses within 10 days of the filing of this order. See D.Conn.L.Civ.R. 37(a)(5). At the conclusion of the case, upon application, the court will consider the amount of attorney's fees, if any, that should be awarded in connection with this motion. SO ORDERED.

DoNna F. Martinez, U.S.M.J.
3/9/04

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

NICHOLAS SICINOLFI and               :
THE NICHOLAS-JAMES COMPANY           :
    Plaintiffs,                    :
                      :
                      :
v.                                   :
                      :    CIVIL ACTION NO.:
TOWN OF TRUMBULL                     :    303 CV 929 (AWT)
MARLIN LIVELY                        :    QKW
ANNE MOORE                           :
RICHARD BERNARD and                  :
CHRISTOPHER PAOLETI,                 :
    Defendants.                    :    January 21, 2004

## DEFENDANTS' MOTION FOR DEFAULT

    Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the individual defendants, Anne Moore, Marlin Lively, Richard Bernard and Christopher Paoleti, hereby move this Court to enter the following orders for the Plaintiffs' failure to respond to discovery: (1) a default against the Plaintiffs, Nicholas Sicnolfi and the Nicholas-James Company; (2) an Order providing that Nicholas Sicinolfi be precluded from giving testimony, whether by affidavit or in person, directed to the topics addressed in the Defendants' discovery requests; and (3) an Order requiring the Plaintiffs to pay the reasonable attorneys fees incurred in presenting this

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**