FILED

2004 MAR 24 P 2:00

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS SICINOLFI and : | |
| THE NICHOLAS-JAMES COMPANY : | |
|     Plaintiffs, : | |
| : | |
| v. : | |
| : | CIVIL ACTION NO.: |
| TOWN OF TRUMBULL : | 303 CV 929 (AWT) |
| MARLIN LIVELY : | |
| ANNE MOORE : | |
| RICHARD BERNARD and : | |
| CHRISTOPHER PAOLETI, : | |
|     Defendants. : | March 22, 2004 |

### DEFENDANTS' MOTION FOR DEFAULT

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the Defendants, Town of Trumbull, Anne Moore, Marlin Lively, Richard Bernard and Christopher Paoleti, hereby move this Court to enter the following orders for the Plaintiffs' failure to respond to discovery: (1) a default against the Plaintiffs, Nicholas Sicnolfi and the Nicholas-James Company; (2) an Order providing that Nicholas Sicinolfi be precluded from giving testimony, whether by affidavit or in person, directed to the topics addressed in the Defendants' discovery requests; and (3) an Order requiring the Plaintiffs to pay the reasonable attorneys' fees incurred in presenting this

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

motion. The Plaintiffs have failed to answer a single one of the Defendants' discovery requests, dated October 14, 2003, despite the Order of Magistrate Judge Martinez that the Plaintiffs were to provide discovery responses within ten (10) days of the filing of her Order, which was dated March 9, 2004.

Therefore, the Court should enter a default and preclude Nicholas Sicinolfi from giving testimony. Furthermore, the Defendants request the Plaintiff pay the Defendants' expenses incurred in obtaining this order, in accordance with Rule 37 (a) (4) (A).

DEFENDANTS,
MARLIN LIVELY, ANNE MOORE,
RICHARD BERNARD and
CHRISTOPHER PAOLETI

By: /s/ Stuart Brown
Stuart E. Brown (ct 24659)
Hassett & George, P.C.
555 Franklin Avenue
Hartford, Connecticut 06114
(860) 296-2111

## ORDER

The foregoing motion having been heard before this Court is hereby ordered:

GRANTED / DENIED.

BY THE COURT

_____
Clerk/Judge

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed this 22nd day of March, 2004 to the following counsel and/or pro se parties of record:

William B. Barnes, Esq.
Rosenstein & Barnes
1100 Kings Highway East
Fairfield, CT 06825

_____
Stuart E. Brown