**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
NICHOLAS SICINOLFI,           :
a/k/a NICK SICINOLFI,         :
a/k/a NICHOLAS SARNO,         :
a/k/a NICK SARNO; and         :
THE NICHOLAS-JAMES            :
COMPANY, LLC,                 :
                              :
        Plaintiffs,           :
                              :
v.                            :    Civil No. 3:03CV00929(AWT)
                              :
TOWN OF TRUMBULL;             :
MARLIN LIVELY, in his         :
individual capacity only;     :
ANNE MOORE, in her individual :
capacity only; RICHARD        :
BERNARD, in his individual    :
capacity only; and            :
CHRISTOPHER PAOLETTI, in his  :
individual capacity only,     :
                              :
        Defendants.           :
                              :
------------------------------x
```

### REFERRAL TO MAGISTRATE JUDGE

        This case is referred to Magistrate Judge  Donna F. Martinez
for the following purposes:

_____ All purposes except trial, unless the parties consent to trial
       before the Magistrate Judge (orefcs.)

_____ A ruling on all pretrial motions, except dispositive motions
       (orefmisc./dscv)

  X    A ruling on the following motions, which are currently pending:
       Defendants' Motion for Default (Doc. #34) (orefm.)

_____ A settlement conference (orefmisc./cnf)

_____ Other:_____ (orefmisc./misc)


        It is so ordered.

        Dated this 30th day of March, 2004, at Hartford, Connecticut.


                              _____/s/_____
_____        Alvin W. Thompson
                              United States District Judge