UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 12 P 1: 36
U.S. DISTRICT COURT
HARTFORD, CT.

NICHOLAS SICONOLFI and
THE NICHOLAS-JAMES COMPANY
    Plaintiffs,

v.

TOWN OF TRUMBULL
MARLIN LIVELY
ANNE MOORE
RICHARD BERNARD and
CHRISTOPHER PAOLETTI,
    Defendants.

CIVIL ACTION NO.:
303 CV 929 (AWT)

April 7, 2004

## MOTION FOR BOND

Pursuant to Local Rule 83.3, the Defendants, Town of Trumbull, Anne Moore, Marlin Lively, Richard Bernard and Christopher Paoletti,, respectfully request that the Clerk of the Court enter an order, as of course, that the Plaintiffs, Nicholas Siconolfi and the Nicholas-James Company, LLC, deposit the sum of Five Hundred ($500.00) Dollars with the Clerk of this Court as security for costs in this action.

DEFENDANTS,
TOWN OF TRUMBULL,
MARLIN LIVELY, ANNE MOORE,
RICHARD BERNARD and CHRISTOPHER
PAOLETTI

By: _____
Stuart E. Brown
Hassett & George, P.C.
555 Franklin Avenue
Hartford, Connecticut 06114
(860) 296-2111
Fed. Bar # CT 24659

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed this 7th day of April, 2004 to the following counsel and/or pro se parties of record:

William B. Barnes, Esq.
Rosenstein & Barnes
1100 Kings Highway East
Fairfield, CT 06825

Stuart E. Brown