36

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 12 P 1:36
U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| NICHOLAS SICONOLFI and : | |
| THE NICHOLAS-JAMES COMPANY : | |
|     Plaintiffs, : | |
| : | |
| v. : | |
| : | CIVIL ACTION NO.: |
| TOWN OF TRUMBULL : | 303 CV 929 (AWT) |
| MARLIN LIVELY : | |
| ANNE MOORE : | |
| RICHARD BERNARD and : | |
| CHRISTOPHER PAOLETTI, : | |
|     Defendants. : | April 7, 2004 |

## MOTION FOR BOND

Pursuant to Local Rule 83.3, the Defendants, Town of Trumbull, Anne Moore, Marlin Lively, Richard Bernard and Christopher Paoletti,, respectfully request that the Clerk of the Court enter an order, as of course, that the Plaintiffs, Nicholas Siconolfi and the Nicholas-James Company, LLC, deposit the sum of Five Hundred ($500.00) Dollars with the Clerk of this Court as security for costs in this action.

DEFENDANTS,
TOWN OF TRUMBULL,
MARLIN LIVELY, ANNE MOORE,
RICHARD BERNARD and CHRISTOPHER
PAOLETTI

By: /s/ Stuart Brown
Stuart E. Brown
Hassett & George, P.C.
555 Franklin Avenue
Hartford, Connecticut 06114
(860) 296-2111
Fed. Bar # CT 24659

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By /s/ A. Montgomery
Deputy Clerk

FILED 2004 APR 16 P 3:19 U.S. DISTRICT COURT