```
                                    FILED

                                 2004 APR 26  A 11: 22

        UNITED STATES DISTRICT COURT
        DISTRICT OF CONNECTICUT  U.S. DISTRICT COURT
                                    HARTFORD, CT.
```

NICHOLAS SICINOLFI and  
THE NICHOLAS-JAMES COMPANY  
    Plaintiffs,

v.

TOWN OF TRUMBULL  
MARLIN LIVELY  
ANNE MOORE  
RICHARD BERNARD and  
CHRISTOPHER PAOLETI,  
    Defendants.

CIVIL ACTION NO.:  
303 CV 929 (AWT)

April 23, 2004

### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR DEFAULT

The Defendants, Town of Trumbull, Anne Moore, Marlin Lively, Richard Bernard and Christopher Paoleti, submit the following memorandum to supplement their Motion for Default, dated March 22, 2004 (entered as Court doc. #34).

Pursuant to D. Conn., L. Civ. R. 7 (a) (1) and the Court's notice of the scheduling of oral argument for this motion, the Plaintiffs were allotted twenty-one (21) days from the filing of the Defendants' Motion for Default in order to file a responsive pleading. Twenty-one days have passed, and the Plaintiffs have failed to respond to the Defendants' motion in any manner.

Hassett, George, P.C.  555 Franklin Avenue  Hartford, CT 06114  
(860) 296-2111  (860) 296-8494  Juris No. 407894

Furthermore, the Plaintiffs have yet to acknowledge their duty to provide the information and documents which were requested by the Defendants in October, 2003.

Therefore, the Court should immediately enter a default against both Plaintiffs and preclude Nicholas Sicinolfi from giving testimony. Furthermore, the Defendants request the Plaintiff pay the Defendants' expenses incurred in obtaining this order, in accordance with Rule 37 (a) (4) (A). The Plaintiffs certify that the present Memorandum, the Motion for Default, dated March 22, 2004, and the Motion for Default with accompanying Memorandum, dated January 21, 2004, required a total cost incurred by the Defendants of $250.00.

DEFENDANTS,
TOWN OF TRUMBULL
MARLIN LIVELY, ANNE MOORE,
RICHARD BERNARD and
CHRISTOPHER PAOLETI

By: /s/ Stuart Brown
Stuart E. Brown (ct 24659)
Hassett & George, P.C.
555 Franklin Avenue
Hartford, Connecticut 06114
(860) 296-2111
sbrown@hgesq.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed this 23rd day of April, 2004 to the following counsel and/or pro se parties of record:

William B. Barnes, Esq.
Rosenstein & Barnes
1100 Kings Highway East
Fairfield, CT  06825

Stuart E. Brown

Hassett, George, P.C.  555 Franklin Avenue  Hartford, CT 06114
(860) 296-2111  (860) 296-8494  Juris No. 407894