UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 25 A 11: 03
U.S. DISTRICT COURT
HARTFORD, CT.

NICHOLAS SICONOLFI and  :
THE NICHOLAS-JAMES COMPANY  :
   Plaintiffs,  :
     :
v.  :
     : CIVIL ACTION NO.:
TOWN OF TRUMBULL  : 303 CV 929 (AWT)
MARLIN LIVELY  :
ANNE MOORE  :
RICHARD BERNARD and  :
CHRISTOPHER PAOLETTI,  :
   Defendants.  : May 24, 2004

### MOTION FOR DISMISSAL FOR FAILURE TO COMPLY WITH ORDER FOR BOND

Pursuant to Local Rule 83.3, the Defendants, Town of Trumbull, Anne Moore, Marlin Lively, Richard Bernard and Christopher Paoletti,, hereby move for a summary dismissal of all claims brought by the Plaintiffs in this action. The Plaintiffs, Nicholas Siconolfi and the Nicholas-James Company, LLC, have not complied with the Court's Order, entered April 16, 2004, that the Plaintiffs file a cash deposit or bond for $500.00 as security for the costs of the present action. In light of the Plaintiffs' refusal to comply, it is appropriate that the Court dismiss the present action in order to prevent the Defendants from incurring further costs in defense of this action.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**