UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN 10  P 12: 40

U.S. DISTRICT COURT
HARTFORD, CT.

NICHOLAS SICINOLFI AND          :
THE NICHOLAS-JAMES COMPANY,     :
                                :
    Plaintiffs,                 :
                                :
    v.                          :   CASE NO. 3:03CV929(AWT)
                                :
TOWN OF TRUMBULL ET AL.,        :
                                :
    Defendants.                 :

**ORDER TO SHOW CAUSE**

On October 17, 2003, the defendants served interrogatories and requests for production on the plaintiffs. The court granted the plaintiffs' request for an extension of time until December 10, 2003 to respond to the defendants' discovery requests. (Doc. #28.) When the plaintiffs did not produce discovery responses, the defendants filed a motion for default on January 21, 2004. (Doc. #29.) The plaintiffs did not file a response to the motion. On March 9, 2004, the court granted the motion in part and denied it in part. (Doc. #33.) The court ordered the plaintiffs to provide discovery responses within ten (10) days of the filing of the court's order. The court denied the defendants' request for an order entering default and/or precluding the plaintiff Nicholas Sicinolfi's testimony. Despite the court's order, the plaintiffs still did not produce responses to the defendants' discovery requests. On March 22, 2004, the defendants filed a second motion for default, now pending before court. (Doc. #34.) Because the

plaintiffs have failed to comply with the court's discovery order, the defendants seek a court order: (1) entering default against the plaintiffs; (2) precluding Nicholas Sicinolfi from testifying regarding the topics addressed in the defendants' discovery requests; and (3) awarding the defendants $250 incurred in the filing of the January 21, 2004 and instant motions for default. (Doc. #38 at 2.) The plaintiffs' opposition was due within twenty-one (21) days of the filing of the defendants' motion for default. See D.Conn.L.Civ.R. 37(a)(1). The plaintiffs have filed no response to the defendants' motion.

It is hereby **ORDERED** that:

1. The plaintiffs and their counsel shall appear before the undersigned on **June 17, 2004** at **2:00 p.m.** to **SHOW CAUSE** as to why the requested sanctions should not enter. The plaintiffs shall be present at the hearing.

2. Counsel for the plaintiffs shall cause notice of this Order to Show Cause to be served on the plaintiffs.

The plaintiffs are on notice that failure to comply with the court's orders may result in the imposition of sanctions, including the dismissal of this action with prejudice.

SO ORDERED at Hartford, Connecticut this 9th day of June, 2004.

Donna F. Martinez
United States Magistrate Judge