Civil (April 12, 2004)

HONORABLE _D. F. Martinez_

DEPUTY CLERK _R. K. Wood_    RPTR/ERO/TAPE _S. Bowles_

TOTAL TIME: ___ hours _46_ minutes

DATE _6/17/04_    START TIME _2:16 p.m._    END TIME _3:02 p.m._

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____    (if more than 1/2 hour)

_Sicinolfi_    CIVIL NO. _3:03CU929 (AWT)_

§
§    _W. Barnes_
§    Plaintiff's Counsel
vs.    §    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§    _S. Brown_
§    Defendants Counsel

_Town of Trumbull_

## COURTROOM MINUTES - CIVIL (check one box)

☐ Motion Hearing         ☑ Show Cause Hearing
☐ Evidentiary Hearing    ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

**MOTION**
**DOCUMENT NO.**

| | | | | | |
|---|---|---|---|---|---|
| ☐ ....#___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....#___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....#___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....#___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....#___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....#___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....#___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |

☐ ........ ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

| | | | |
|---|---|---|---|
| ☑ ........ | _Affidavit of Stuart Brown_ | ☑ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |

☐ ........ _____ Hearing continued until _____ at _____

☑ _DFM reserves decision on the order to show cause._