FILED
2004 JUN 17 P 3: 10
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS SICONOLFI and <br> THE NICHOLAS-JAMES COMPANY <br>     Plaintiffs, | : <br> : <br> : <br> : | |
| v. | : | |
| TOWN OF TRUMBULL <br> MARLIN LIVELY <br> ANNE MOORE <br> RICHARD BERNARD and <br> CHRISTOPHER PAOLETTI, <br>     Defendants. | : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION NO.: <br> 303 CV 929 (AWT) <br><br><br><br><br> June 17, 2004 |

### AFFIDAVIT

Stuart E. Brown, being duly sworn, deposes and says as follows:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I am thoroughly familiar with the facts stated below and state that they are true and correct to the best of my knowledge, information and belief.

3. I am an attorney, duly admitted to the bar of the United States District Court for the District of Connecticut.

4. I am making this affidavit in support of the Defendants' Motion for Default.

5. I was the associate attorney responsible for drafting the Defendants' two motions for default and the supplemental memorandum in support thereof.

6. I was the associate attorney responsible for monitoring the Plaintiffs' actions with regard to the motions for default and for monitoring the Court's notifications as to the status of these motions for default.

7. In the course of preparing the Motion for Default, dated January 21, 2004, the Motion for Default, dated March 22, 2004, and the Supplemental Memorandum in Support of Defendants' Motion for Default, dated April 23, 2004, and in monitoring the various notifications from Court and opposing counsel, I expended a total of 8.2 hours at a rate of $125.00 per hour, for a total cost to the Defendants of $1025.00.

8. The Defendants will also be billed at a rate of $125.00 per hour for my efforts at oral argument upon the Court's Order to Show Cause.

9. The costs set forth herein are those which would not have been incurred had the Plaintiff complied with Defendants' discovery requests in a timely manner.

Stuart E. Brown

Subscribed and sworn to before me this 17th day of June, 2004.

Commissioner of the Superior Court
Michelle D. Killen