UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 AUG 12 A 9:01

DISTRICT COURT
HARTFORD, CT.

NICHOLAS SICINOLFI and
THE NICHOLAS-JAMES COMPANY

        Plaintiffs,

v.

TOWN OF TRUMBULL, ET AL.

        Defendants.

CASE NO. 3:03CV929(AWT)

### ENDORSEMENT ORDER

Upon review and pursuant to 28 U.S.C. §636(b) and Rule 72.2 of the Local Rules for United States Magistrate Judges (D.Conn.), Magistrate Judge Martinez's Recommended Ruling (Doc. #44) on the Defendants' Motion for Default (Doc. #34) is hereby ACCEPTED. The plaintiffs shall comply with Paragraphs 1 and 2 on page 6 of the Recommended Ruling by September 2, 2004.

    It is so ordered.

    Dated at Hartford, Connecticut, this 11th day of August 2004.

                                Alvin W. Thompson
                          United States District Judge