State Marshal N. E. Nikola
P.O. Box 5797 Bridgeport, CT 06610

# RETURN OF SERVICE

FILED
2004 AUG 31  A 9: 29

STATE OF CONNECTICUT

SS: Fairfield                                August 20, 2004

COUNTY OF FAIRFIELD

In the matter concerning:   Nicholas Sicinolfi and The Nicholas James Company
VS:
Town of Trumbull, Et al

Then and there, by virtue hereof and at the direction of the plaintiff's attorney, I made service of the within and foregoing original Endorsement Order, and Recommended Ruling On Defendants' Motion For Default, by leaving a True and Attest Copy with and in the hands of Nicholas Sicinolfi at the Law Office of Rosenstein & Barnes at 1100 Kings Highway, East, Fairfield with my doings hereon endorsed.

Then and there, by virtue hereof and at the direction of the plaintiff's attorney, I further made service of the within and foregoing original Endorsement Order, and Recommended Ruling On Defendants' Motion For Default, by leaving a True and Attest Copy with and in the hands of Nicholas Sicinolfi authorized to accept service for The Nicholas-James Company at the Law Office of Rosenstein & Barnes at 1100 Kings Highway, East, Fairfield with my doings hereon endorsed.

Attest  _____
N. E. Nikola
State Marshal
Fairfield County

| | |
|---|---|
| Service | $ 40.00 |
| Travel | $  8.00 |
| Pages | $ 16.00 |
| Endorsements | $    .80 |
| | $ 64.80 |