UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS SICINOLFI and : <br> THE NICHOLAS-JAMES COMPANY : <br>     Plaintiffs, : <br> : <br> v. : <br> : <br> TOWN OF TRUMBULL, : <br> MARLIN LIVELY, : <br> ANN MOORE, : <br> RICHARD BERNAUD and : <br> CHRISTOPHER PAOLETTI, : <br>     Defendants. : | <br><br><br><br><br><br>CIVIL ACTION NO.: <br>3:03 CV 929 (AWT) <br><br><br><br><br><br>December 3, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendants, Ann Moore, M. James Lively, Richard Bernaud, Christopher Paoletti and the Town of Trumbull, hereby move this Court to enter summary judgment as to the remaining counts of the Plaintiffs' complaint.[1]  The Defendants assert that summary judgment is appropriate for the following reasons:  (1) the "arrest" of Nicholas Sicinolfi was supported by probable cause to believe he had committed and was in the act of committing crimes in violation of Connecticut state law;

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

---

[1] Count Four was dismissed as to all Defendants by the Court's (Thompson, J.) decision, dated February 12, 2004, upon the Defendants' Motion to Dismiss.

(2) there is no evidence to support the claim that Plaintiffs were treated any differently than other similarly situated persons; (3) the evidentiary record establishes a lack of personal involvement by the individual defendants in the alleged "campaign of harassment;" (4) the evidentiary record establishes that the so-called "campaign of harassment" was no more than legitimate police investigation into the Plaintiffs' activities, which were, at times, clear violations of Connecticut law; (5) the investigation into the Plaintiffs' conduct was objectively reasonable and is protected by the doctrine of qualified immunity; and (6) the Plaintiffs cannot hold the Town of Trumbull liable absent proof of some underlying violation of the Plaintiffs' constitutional rights.

     WHEREFORE, the Court should enter summary judgment as to Counts One through Three and Count Five.

DEFENDANTS,
TOWN OF TRUMBULL,
M. JAMES LIVELY, ANN MOORE,
RICHARD BERNAUD and
CHRISTOPHER PAOLETI

By: _____
Stuart E. Brown (ct 24659)
Hassett & George, P.C.
555 Franklin Avenue
Hartford, Connecticut 06114
(860) 296-2111

# **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this ___ day of December, 2004 to the following counsel and/or pro se parties of record:

William B. Barnes, Esq.
Rosenstein & Barnes
1100 Kings Highway East
Fairfield, CT  06825

                                            Stuart E. Brown