UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS SICONOLFI and : | |
| THE NICHOLAS-JAMES COMPANY : | |
|     Plaintiffs, : | |
| : | |
| v. : | |
| : | CIVIL ACTION NO.: |
| TOWN OF TRUMBULL : | 303 CV 929 (AWT) |
| MARLIN LIVELY : | |
| ANNE MOORE : | |
| RICHARD BERNARD and : | |
| CHRISTOPHER PAOLETTI, : | |
|     Defendants. : | November 2, 2004 |

## AFFIDAVIT

Christopher Paoletti, being duly sworn, deposes and says as follows:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I am thoroughly familiar with the facts stated below and state that they are true and correct to the best of my knowledge, information and belief.

3. I am making this affidavit in support of the Defendants' Motion for Summary Judgment.

4. In the year 2001, I served as a police officer for the Town of Trumbull at which time I held the rank of sergeant.

5. During my service with the Trumbull Police Department, I was asked to conduct an investigation of the pistol permit application of Nicholas J. Sicinolfi.

EXHIBIT C

1

6. My investigation of Mr. Sicinolfi's revealed several problems, including:

   a. James DeSanty, who was a former Detective of the Trumbull Police Department and friend of Sicinolfi, processed his application;

   b. DeSanty and Sicinolfi were business partners in the Nicholas-James Company, LLC;

   c. Sicinolfi failed to provide his alias "Nicholas Sarno" in his application;

   d. Sicinolfi left blank the responses where he was asked "Have you ever been refused a Permit to carry Pistols or Revolvers?" and "If you were issued a Permit previously, was the Permit ever Revoked?";

   e. Sicinolfi did not fill in all parts of his previous employment for the past ten years, listing only "self-employed";

   f. He indicated that he had served in the Armed Forces, but the Department of Defense had no record of him having served; and

   g. Family members and business associates provided Sicinolfi's character references.

7. On August 2, 2001, Acting Chief of Police M. James Lively noticed Mr. Sicinolfi was sitting in a car in the parking lot of the Town of Trumbull Police Department. Chief Lively asked that I inform Mr. Sicinolfi that his pistol permit was being revoked, and to check if Mr. Sicinolfi was carrying a weapon and acting as a bodyguard without a license.

EXHIBIT C                                     2

8. I was not involved in the investigation of the registration of Sicinolfi's motor vehicle.

9. I was not involved in a stop of one of the Plaintiffs' supervised visitation clients in May, 2001.

_____
Christopher Paoletti

Subscribed and sworn to before me this ___2___ day of November, 2004.

_____
Commissioner of the Superior Court/
Notary Public
My Commission Expires:

VALERIE ANELLO
NOTARY PUBLIC
STATE OF CONNECTICUT
My Commission Expires Feb. 28, 2009

**EXHIBIT C**                                                                3