UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS SICONOLFI and : | |
| THE NICHOLAS-JAMES COMPANY : | |
|     Plaintiffs, : | |
| : | |
| v. : | |
| : | CIVIL ACTION NO.: |
| TOWN OF TRUMBULL : | 303 CV 929 (AWT) |
| MARLIN LIVELY : | |
| ANNE MOORE : | |
| RICHARD BERNARD and : | |
| CHRISTOPHER PAOLETTI, : | |
|     Defendants. : | November 2, 2004 |

## AFFIDAVIT

Richard Bernaud, being duly sworn, deposes and says as follows:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I am thoroughly familiar with the facts stated below and state that they are true and correct to the best of my knowledge, information and belief.

3. I am making this affidavit in support of the Defendants' Motion for Summary Judgment.

4. In the year 2001, I served as a police officer for the Town of Trumbull at which time I held the rank of sergeant.

5. During my service with the Trumbull Police Department, I was asked to assist Sergeant Christopher Paoletti on August 2, 2001 when Nicholas J. Sicinolfi was in

**EXHIBIT D**      1

the parking lot of the Town of Trumbull Police Department. On that date, Sicinolfi's Town of Trumbull pistol permit was revoked and a brief investigation into Sicinolfi's business activities was conducted.

6. I did not myself go to Sicinolfi's home nor did I dispatch Trumbull police cruisers there in mid-April, 2001 in connection with an investigation of an unregistered motor vehicle. I did relate information to Acting Chief of Police M. James Lively that I had learned that the license plate on Sicinolfi's vehicle was a recent transfer.

7. I did not stop one of the Plaintiffs' supervised visitation clients in May, 2001, as the Plaintiffs have alleged against me in the Complaint.

_____
Richard Bernaud

Subscribed and sworn to before me this ___8TH___ day of November, 2004.

_____
Commissioner of the Superior Court/
Notary Public
My Commission Expires: 4-30-07

**EXHIBIT D**     2