UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS SICONOLFI and : | |
| THE NICHOLAS-JAMES COMPANY : | |
|    Plaintiffs, : | |
| : | |
| v. : | |
| : | CIVIL ACTION NO.: |
| TOWN OF TRUMBULL : | 303 CV 929 (AWT) |
| MARLIN LIVELY : | |
| ANNE MOORE : | |
| RICHARD BERNARD and : | |
| CHRISTOPHER PAOLETTI, : | |
|    Defendants. : | November 2, 2004 |

**AFFIDAVIT**

Ann Moore, being duly sworn, deposes and says as follows:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I am thoroughly familiar with the facts stated below and state that they are true and correct to the best of my knowledge, information and belief.

3. I am making this affidavit in support of the Defendants' Motion for Summary Judgment.

4. In the year 2001, I served as a member of the Board of Police Commissioners of the Town of Trumbull.

5. As part of my duties as a member of the Board of Police Commissioners, I sent a

1

**EXHIBIT E**

correspondence to the Acting Chief of Police, M. James Lively, asking him to have Lt. Kiely conduct a review of the applications for Town of Trumbull pistol permits.

6. I did not conduct any portion of the actual investigation of individual pistol permit applications, nor was I aware of any problems which arose with regard to Nicholas Sicinolfi's pistol permit application.

7. I was not personally involved in any of the incidents alleged to involve a "campaign of harassment" against the Plaintiffs, and I was not even familiar with the Plaintiffs at the time of the incidents alleged in the Complaint.

_____
Ann Moore

Subscribed and sworn to before me this ____ day of November, 2004.

_____
Commissioner of the Superior Court/
Notary Public
My Commission Expires:

2

**EXHIBIT E**