**FILED**

2004 DEC 27  A 11: 0

UNITED STATES DISTRICT COURT
U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT     HARTFORD, CT.

| | | |
|---|---|---|
| NICHOLAS SICINOLFI, <br> a/k/a NICK SICINOLFI, <br> a/k/a NICHOLAS SARNO, <br> a/k/a NICK SARNO; and <br> THE NICHOLAS-JAMES <br> COMPANY, LLC, | : <br> : <br> : <br> : <br> : | DN. 3:03 CV 929 (AWT) |
| Plaintiffs, | : | |
| V. | : | |
| TOWN OF TRUMBULL; <br> MARLIN LIVELY, in his <br> individual capacity only; <br> ANNE MOORE, in her individual <br> capacity only; RICHARD <br> BERNARD, in his individual <br> capacity only; and CHRISTOPHER <br> PAOLETTI, in his individual <br> capacity only. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |
| Defendants. | : | Dec. 21, 2004 |

**MOTION TO EXTEND TIME**

Plaintiffs respectfully move for an order extending by thirty (30) days the time for them to file a response to defendants' motion for summary judgment, until Jan. 24, 2005, and represent:

1.  Plaintiffs need additional time to prepare their response.

2.  In recent weeks plaintiffs' counsel has had a pretrial memo due and has also had to prepare for a trial in a superior court.

3.  This is the first extension requested.

4.  On Dec. 20, 2004, defense counsel, Stuart Brown was consulted by telephone and consented to the request for extension.

                        THE PLAINTIFFS
                        NICHOLAS SICINOLFI and THE
                        NICHOLAS-JAMES COMPANY, LLC

BY: *Barnes*
      WILLIAM B. BARNES, ESQ.
         (CT0268)
      Rosenstein & Barnes
      1100 Kings Hwy. East
      Fairfield, CT 06824
      Tel (203) 367-7922
      Fax (203) 367-8110
      E-mail wbarnes@rosenbar.com