FILED

2004 DEC 27 A 11:09

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NICHOLAS SICINOLFI,                :    DN. 3:03 CV 929 (AWT)
a/k/a NICK SICINOLFI,              :
a/k/a NICHOLAS SARNO,              :
a/k/a NICK SARNO; and              :
THE NICHOLAS-JAMES                 :
COMPANY, LLC,                      :
                                   :
        Plaintiffs,                :
                                   :
    V.                             :
                                   :
TOWN OF TRUMBULL;                  :
MARLIN LIVELY, in his              :
individual capacity only;          :
ANNE MOORE, in her individual      :
capacity only; RICHARD             :
BERNARD, in his individual         :
capacity only; and CHRISTOPHER     :
PAOLETTI, in his individual        :
capacity only.                     :
                                   :
        Defendants.                :    Dec. 21, 2004

## MOTION TO EXTEND TIME

Plaintiffs respectfully move for an order extending by thirty (30) days the time for them to file a response to defendants' motion for summary judgment, until Jan. 24, 2005, and represent:

1. Plaintiffs need additional time to prepare their response.

FILED 2005 JAN -5 P 3:53 U.S. DISTRICT COURT HARTFORD, CT.

Extension GRANTED, nunc pro tunc, to and including January 24, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   1/5/05

03cv929end53