UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS SICINOLFI, | : | DN. 3:03 CV 929 (AWT) |
| a/k/a NICK SICINOLFI, | : | |
| a/k/a NICHOLAS SARNO, | : | |
| a/k/a NICK SARNO; and | : | |
| THE NICHOLAS-JAMES | : | |
| COMPANY, LLC, | : | |
| | : | |
|     Plaintiffs, | : | |
| | : | |
|     V. | : | |
| | : | |
| TOWN OF TRUMBULL; | : | |
| MARLIN LIVELY, in his | : | |
| individual capacity only; | : | |
| ANNE MOORE, in her individual | : | |
| capacity only; RICHARD | : | |
| BERNARD, in his individual | : | |
| capacity only; and CHRISTOPHER | : | |
| PAOLETTI, in his individual | : | |
| capacity only. | : | |
| | : | |
|     Defendants. | : | January 21, 2005 |

**SECOND UNOPPOSED MOTION TO EXTEND TIME**

    Plaintiffs respectfully move for an order extending by four (4) days the time for them to file a response to defendants' motion for summary judgment, until Jan. 28, 2005, and represent:

    1.   Plaintiffs need additional time to prepare their response.

    2.    In recent weeks plaintiffs' counsel has had a pretrial memo due and has also had to prepare for a trial in a superior court.

    3.    Plaintiff has been in the hospital and unable to meet with his attorney.

    3.    This is the second extension requested.

    4.    On Jan. 20, 2004, defense counsel, Stuart Brown was consulted by e-mail and consented to the request for extension.

    THE PLAINTIFFS
NICHOLAS SICINOLFI and THE
NICHOLAS-JAMES COMPANY, LLC


BY:_____
WILLIAM B. BARNES, ESQ.
    (CT0268)
Rosenstein & Barnes
1100 Kings Hwy. East
Fairfield, CT 06824
Tel (203) 367-7922
Fax (203) 367-8110
E-mail wbarnes@rosenbar.com

**CERTIFICATION**

    A copy of the foregoing was faxed and mailed postage pre-paid, first class mail, on January 21, 2005, to the following persons at the addresses stated:

Louis N. George, Esq.
Raymond M. Hassett, Esq.
Michelle D. Killion, Esq.
Hassett & George, P.C.
555 Franklin Ave.,
Hartford, CT 06114

                                                  _____
                                                  WILLIAM B. BARNES, ESQ.