UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS SICINOLFI and : | |
| THE NICHOLAS-JAMES COMPANY, : | |
|     Plaintiffs, : | |
| : | |
| v. : | |
| : | CIVIL ACTION NO.: |
| TOWN OF TRUMBULL, : | 303 CV 929 (AWT) |
| MARLIN LIVELY, : | |
| ANNE MOORE, : | |
| RICHARD BERNARD and : | |
| CHRISTOPHER PAOLETTI, : | |
|     Defendants. : | Jan. ___ , 2005 |

## CASE COPIES

<u>Haynes v. City of New London</u>, Prisoner Case No. 3:99CV2551 (CFD), 2002 U.S. Dist. LEXIS 10366 (D. Conn. 2002)

<u>Hickey v. City of New York</u>, 01 Civ. 6506 (GEL), 2004 U.S. Dist. LEXIS 23941 (Nov. 29, 2004)

                                THE PLAINTIFF
                                NICHOLAS SICINOLFI

                        BY: WILLIAM B. BARNES, ESQ.
                              (CT0268)
                              Rosenstein & Barnes
                              1100 Kings Hwy. East
                              P.O. Box 687
                              Fairfield, CT 06432
                              Tel (203) 367-7922
                              Fax (203) 367-8110
                              E-mail wbarnes@rosenbar.com