UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS SICINOLFI and : | |
| THE NICHOLAS-JAMES COMPANY, : | |
|     Plaintiffs, : | |
| : | |
| v. : | |
| : | CIVIL ACTION NO.: |
| TOWN OF TRUMBULL, : | 303 CV 929 (AWT) |
| MARLIN LIVELY, : | |
| ANNE MOORE, : | |
| RICHARD BERNARD and : | |
| CHRISTOPHER PAOLETTI, : | |
|     Defendants. : | Jan. ___ , 2005 |

**AFFIDAVIT OF NICHOLAS SICINOLFI**

Now Comes NICHOLAS SICINOLFI, who having first been duly sworn, does hereby depose and say:

1.  I am over the age of 18 years and understand the obligation of an oath.

2.  I make this affidavit of my own personal knowledge in opposition to Defendants' motion for summary judgment.

3.  On Aug. 3, 2001 I was sitting in my car in the Trumbull Police Station parking lot, waiting for supervised visitation

clients to exchange their children, when Defendant Paoletti, Defendant Bernaud and another officer I did not know came out of the station and stood by my car. Defendant Bernaud was on one side, Defendant Paoletti was on the other side, and the third officer was in the front. My freedom of movement was limited. I could not drive away.

4. Defendant Paoletti handed me a letter from Defendant Lively to me. I opened and read the letter. In the letter Defendant Lively revoked my Town pistol permit. I immediately surrendered my town pistol permit to Defendant Bernaud.

5. Defendants Paoletti and Bernaud asked me to surrender my State pistol permit to them. I refused. Connecticut law states that a State pistol permit is surrendered to the State Department of Public Safety on receipt of a letter from the State revoking the State permit. I explained this to Defendants Bernaud and Paoletti. They continued to demand the State permit. Defendant Bernaud told me that I was under arrest for refusing to surrender the State permit to them.

6. Defendant Lively was standing at a second floor window, looking down at me and Defendants Bernaud and Paoletti. He could see what was happening.

7. At no time did any of the officers present ask me any questions.

8. I believed that I had been arrested by Defendants Bernaud and Paoletta, and was in their custody, for refusing to surrender my State pistol permit to them. I saw Defendant Paoletta get his cuffs out. I believed that I was about to be handcuffed. I removed my watch (so it wouldn't get crushed by the cuffs) and put my hands behind my back. I was not actually cuffed, however. Defendant Bernaud told me to go sit in the lobby.

9. During that time I sat in the lobby, about an hour and a half, neither the Defendants nor any other member of the Trumbull police department took any other steps to complete the formalities of my arrest, to talk to me, or to instruct me further regarding submission to their authority. I left after sitting in the lobby for an hour and a half. I felt that I was being harassed and being made to sit there without being booked was part of the harassment. Certainly the officers knew where to find me. I was well known in

the Department.  I told the desk sergeant where I was going, and where Defendants Bernaud and Paoletti could find me, because I expected a full formal arrest, with handcuffs, search for weapons and the like, all that day.  I prepared for the arrest by telling relatives and friends what had happened and getting bond money together.

    10.   I did not consent to the arrest.  I did not fight it but neither did I consent to it.

    11.   Many family cases involve children who have yet to reach the age of majority.  The parent who has custody of the children is called the custodial parent.  The parent who does not have custody is called the noncustodial parent.  In almost every case the noncustodial parent has some contact with the children.  That contact is called visitation.

    12.   Sometimes a noncustodial parent poses a threat to the child.  Some parents hate each other so much that they cannot perform the simplest act, such as exchanging children, without a screaming fight.  Some individuals physically attack their children. Some children are unusually vulnerable because they have been abused.  Some individuals entitled to visitation may not have

been proved to have injured their own children, but are criminals with a history of violence towards others. A parent may be so mentally ill that he or she cannot have custody of the children, but not so deranged that all visitation is prohibited. And a parent with no history of crime or child abuse may nevertheless require supervised visitation because he or she has threatened to harm or kidnap the children. In those cases visitation supervised by a neutral observer is ordered to protect the child.

13. Supervising visitation means more than guaranteeing physical safety. The supervisor is responsible to a degree for the psychological well being of the children during visits. Visitation supervisors often report to the Family Relations Office of the Superior Court and to the childrens' therapists in addition to reporting to lawyers and parents.

14. A visitation supervisor meets with the parties and goes over the court's orders to make sure that they are fully understood. The supervisor discusses the parties' plans for visitation to make sure that the court's orders will be obeyed. A visitation supervisor writes a report if necessary and is available to testify in court about the visitation. I am an experienced visitation

supervisor. I have been appointed by the Superior Court to supervise visitation in dozens of cases. I have been recognized by the Superior Court as an expert in visitation.

                                                  _____
                                                  NICHOLAS SICINOLFI

| STATE OF CONNECTICUT | ) | |
|---|---|---|
| | ) | SS: TOWN OF FAIRFIELD |
| COUNTY OF FAIRFIELD | ) | |

    Personally appeared NICHOLAS SICINOLFI before me on Jan. ___, 2005, known or satisfactorily proven, and subscribed and swore to the truth of the foregoing as his free act and deed for the purposes therein contained.

                                                  _____

                                                Notary Public

                                                My Commission expires:

                                                Comm'r of the Superior Court