UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS SICINOLFI and : | |
| THE NICHOLAS-JAMES COMPANY, : | |
|     Plaintiffs, : | |
| : | |
| v. : | |
| : | CIVIL ACTION NO.: |
| TOWN OF TRUMBULL, : | 303 CV 929 (AWT) |
| MARLIN LIVELY, : | |
| ANNE MOORE, : | |
| RICHARD BERNARD and : | |
| CHRISTOPHER PAOLETTI, : | |
|     Defendants. : | Jan. ___ , 2005 |

**AFFIDAVIT OF JAMES DESANTY**

Now Comes JAMES DESANTY, who having first been duly sworn, does hereby depose and say:

1.   I am over the age of 18 years and understand the obligation of an oath.

2.   I make this affidavit of my own personal knowledge

3.   Many family cases involve children who have yet to reach the age of majority.  The parent who has custody of the children is called the custodial parent.  The parent who does not have custody is called the noncustodial parent.  In almost every case the

noncustodial parent has some contact with the children. That contact is called visitation.

4. Sometimes a noncustodial parent poses a threat to the child. Some parents hate each other so much that they cannot perform the simplest act, such as exchanging children, without a screaming fight. Some individuals physically attack their children. Some children are unusually vulnerable because they have been abused. Some individuals entitled to visitation may not have been proved to have injured their own children, but are criminals with a history of violence towards others. A parent may be so mentally ill that he or she cannot have custody of the children, but not so deranged that all visitation is prohibited. And a parent with no history of crime or child abuse may nevertheless require supervised visitation because he or she has threatened to harm or kidnap the children. In those cases visitation supervised by a neutral observer is ordered to protect the child.

5. Supervising visitation means more than guaranteeing physical safety. The supervisor is responsible to a degree for the psychological well being of the children during visits. Visitation supervisors often report to the Family Relations Office of the

Superior Court and to the childrens' therapists in addition to reporting to lawyers and parents.

6.   A visitation supervisor meets with the parties and goes over the court's orders to make sure that they are fully understood.  The supervisor discusses the parties' plans for visitation to make sure that the court's orders will be obeyed.  A visitation supervisor writes a report if necessary and is available to testify in court about the visitation.

7.   At various times from 1998 through 2003 I worked with Plaintiff as a visitation supervisor.  I worked together with him in difficult cases which required two people.  I also worked with him when we had the Nicholas James Company, LLC.  Plaintiff is a very experienced visitation supervisor.  He has been appointed by the Superior Court to supervise visitation in dozens of cases.

_____  
JAMES DESANTY

```
STATE OF CONNECTICUT    )
                        )    SS: TOWN OF FAIRFIELD
COUNTY OF FAIRFIELD     )
```

    Personally appeared JAMES DESANTY before me on Jan. ___, 2005, known or satisfactorily proven, and subscribed and swore to the truth of the foregoing as his free act and deed for the purposes therein contained.

 

                                                                _____

                                                                 Notary Public

                                                                 My Commission expires:

                                                                 Comm'r of the Superior Court