UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS SICINOLFI,<br>a/k/a NICK SICINOLFI,<br>a/k/a NICHOLAS SARNO,<br>a/k/a NICK SARNO; and<br>THE NICHOLAS-JAMES<br>COMPANY, LLC,<br><br>    Plaintiffs,<br><br>V.<br><br>TOWN OF TRUMBULL;<br>MARLIN LIVELY, in his<br>individual capacity only;<br>ANNE MOORE, in her individual<br>capacity only; RICHARD<br>BERNARD, in his individual<br>capacity only; and CHRISTOPHER<br>PAOLETTI, in his individual<br>capacity only.<br><br>    Defendants. | : DN. 3:03 CV 929 (AWT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: January 21, 2005 |

### SECOND UNOPPOSED MOTION TO EXTEND TIME

Plaintiffs respectfully move for an order extending by four (4) days the time for them to file a response to defendants' motion for summary judgment, until Jan. 28, 2005, and represent:

1. Plaintiffs need additional time to prepare their response.

Extension GRANTED, nunc pro tunc, to and including January 28, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  2/1/05

03cv929end54