UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS SICINOLFI and<br>THE NICHOLAS-JAMES COMPANY<br>    Plaintiffs,<br><br>v.<br><br>TOWN OF TRUMBULL,<br>MARLIN LIVELY,<br>ANN MOORE,<br>RICHARD BERNAUD and<br>CHRISTOPHER PAOLETTI,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO.:<br>: 3:03 CV 929 (AWT)<br>:<br>:<br>:<br>:<br>: August 10, 2005 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Plaintiff respectfully moves for an order continuing oral argument on Defendants' motion for summary judgment for sixty days, and represents:

1. For medical reasons the undersigned cannot continue representing the Plaintiff. Plaintiff has been advised of this fact and acknowledges that another attorney will have to take over his file.

2. Plaintiff is in the process of arranging to have another attorney take over the file.

3.  On August 9, 2004, the undersigned spoke with Stuart Brown, Esq., one of the Defense attorneys. Plaintiff sought an extension of time. Mr. Brown said that the defendants would object to any continuance for any reason, including the illness of counsel.

This is the first request for a continuance of oral argument.

> THE PLAINTIFF
> NICHOLAS SICINOLFI
>
> BY: _____
> WILLIAM B. BARNES, ESQ.
>     (CT0268)
> Rosenstein & Barnes
> 1100 Kings Hwy. East
> P.O. Box 687
> Fairfield, CT 06432
> Tel (203) 367-7922
> Fax (203) 367-8110
> E-mail wbarnes@rosenbar.com

**CERTIFICATION**

A copy of the foregoing was mailed first class mail, postage prepaid, this 10th day of August, 2005, to the following counsel and pro se parties of record:

Stuart E. Brown, Esq..
Hassett & George, P.C.
555 Franklin Avenue
Hartford, Connecticut 06114

_____
WILLIAM B. BARNES, ESQ.