UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS SICINOLFI and<br>THE NICHOLAS-JAMES COMPANY<br>    Plaintiffs,<br><br>v.<br><br>TOWN OF TRUMBULL,<br>MARLIN LIVELY,<br>ANN MOORE,<br>RICHARD BERNAUD and<br>CHRISTOPHER PAOLETTI,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO.:<br>:  3:03 CV 929 (AWT)<br>:<br>:<br>:<br>:<br>:  August 10, 2005 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff respectfully moves for an order continuing oral argument on Defendants' motion for summary judgment for sixty days, and represents:

1. For medical reasons the undersigned cannot continue representing the Plaintiff. Plaintiff has been advised of this fact and acknowledges that another attorney will have to take over his file.

2. Plaintiff is in the process of arranging to have another attorney take over the file.

---

DENIED, as moot. The court will issue a ruling based on the papers submitted by the parties. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 8/24/05