UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS SICINOLFI, and THE        :
NICHOLAS-JAMES COMPANY, LLC
                                      :
      v.                                CASE NO. 3:03CV929 (AWT)
                                        :
TOWN OF TRUMBULL, MARLIN LIVELY,
ANNE MOORE, RICHARD BERNAUD,   :
and CHRISTOPHER PAOLETTI

PARTIAL JUDGMENT

This action came on for consideration of a motion to dismiss before the

Honorable Alvin W. Thompson, United States District Judge.  That motion was filed

by defendants Martin Lively, Anne Moore, Richard Bernard, and Christopher

Paoletti.  On February 12, 2004, the court dismissed from the amended complaint:

(1) count one as to defendant Anne Moore; (2) count two as to defendants Anne

Moore, Richard Bernaud and Christopher Paoletti; and (3) count four as to all of the

defendants.

The court considered the full record of the case including applicable principles

of law.  On August 26, 2005, the court granted summary judgment with respect to

all of the remaining claims by plaintiff Nicholas Sicinolfi in counts two, three, four,

and five; and also granted summary judgment with respect to the entire amended

complaint as to plaintiff Nicholas-James Company, LLC.

Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that

judgment be and is hereby entered in favor of the defendant Marlin Lively as to

count one, and all remaining defendants as to claims in counts two, three, four, and five; and judgment is entered with respect to the entire amended complaint by plaintiff Nicholas-James Company against all defendants.  The sole remaining claim is the 42 U.S.C. § 1983 claim for false arrest by Nicholas Sicinolfi against the defendants Richard Bernaud and Christopher Paoletti in count one of the amended complaint.

     Dated at Hartford, Connecticut, this 13th day of September, 2005.

KEVIN F. ROWE, Clerk


By _____

     Sandra Smith
     Deputy Clerk


EOD _____