# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### HARTFORD

**APPEARANCE**

NICHOLAS SICINOLFI

v.

TOWN OF TRUMBULL, ET AL

CASE NUMBER: 3:03 CV 929 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:     MR. SICINOLFI

| | |
|---|---|
| DECEMBER 12, 2005 | *[signature]* |
| Date | Signature |
| ct 9743 | ERSKINE D. McINTOSH, ESQ. |
| Federal Bar Number | Print Clearly or Type Name |
| 203.787.9994 | P.O., 185789 |
| Telephone Number | Address |
| | HAMDEN, CT 06518-0789 |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Atty. William B. Barnes
P.O. Box 687
Fairfield, CT 06825

Stuart E. Brown
555 Franklin Avenue
Hartford, CT 06114

*[signature]*
Signature ATTY. ERSKINE D. McINTOSH

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)