```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT

NICHOLAS SICINOLFI,               :    CIVIL ACTION NO.:
     Plaintiff,                   :    303 CV 929 (AWT)
                                  :
                                  :
v.                                :
                                  :
RICHARD BERNARD and               :
CHRISTOPHER PAOLETTI,             :
     Defendants.                  :    Dec. 13, 2005
```

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The undersigned respectfully moves for an order giving him leave to withdraw as counsel, and represents:

1. The undersigned has a serious illness. For this reason he has left his firm, closed his practice and referred his cases to other lawyers.

3. On Nov. 8, 2005, Atty. Erskine J. McIntosh agreed to take over the file and represent the Plaintiff, Nicholas Sicinolfi. Mr. Sicinolfi has consented to the change. Atty. McIntosh has substantial experience in suits against policemen and municipalities. His appearance has been filed. A copy is attached to this motion.

4.   Attorney McIntosh, who is currently on trial in Waterbury, will be filing a motion to extend time to file the pretrial memorandum.

_____
William B. Barnes, Esq.
    (ct00268)
164 Applegate Rd.
Fairfield, CT 06825
Tel (203) 339-1183
Fax (203) 374-7261
E-Mail wbbarnes@optonline.net

     formerly of

Rosenstein & Barnes
1100 Kings Highway East
Fairfield, CT 06825
Tel (203) 367-7922
Fax (203) 367-8110
E-mail wbarnes@rosenbar.com

**<u>CERTIFICATION</u>**

    A copy of the foregoing was mailed first class mail, postage prepaid, to Stuart Brown, Esq., Hassett & George, P.C., 555 Franklin Ave., Hartford, CT 06114, to Erskine D. McIntosh, Esq., Law Offices of Erskine D. McIntosh, 3129 Whitney Ave., Hamden, CT 06518, and the original motion, with a diskette containing the motion, was sent to the Office of the Clerk, United States District Court, 450 Main St., Hartford, CT 06103 on this 13th day of December 2005.

                                                            _____
                                                            WILLIAM B. BARNES, ESQ.