UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS SICINOLFI, | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 303 CV 929 (AWT) |
| | : | |
| v. | : | |
| | : | |
| RICHARD BERNARD and | : | |
| CHRISTOPHER PAOLETTI, | : | |
| Defendants. | : | Dec. 13, 2005 |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

The undersigned respectfully moves for an order giving him leave to withdraw as counsel, and represents:

1. The undersigned has a serious illness. For this reason he has left his firm, closed his practice and referred his cases to other lawyers.

3. On Nov. 8, 2005, Atty. Erskine J. McIntosh agreed to take over the file and represent the Plaintiff, Nicholas Sicinolfi. Mr. Sicinolfi has consented to the change. Atty. McIntosh has substantial experience in suits against policemen and municipalities. His appearance has been filed. A copy is attached to this motion.

GRANTED. It is so ordered.

Alvin W. Thompson
Hartford, CT 12/23/05