UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | |
|---|---|
| NICHOLAS SICONOLFI, ET AL | : |
| | : |
| V. | : NO.: 3:03 CV 929 (AWT) |
| | : |
| RICHARD BERNAUD AND CHRISTOPHER PAOLETTI | : |
| | : JANUARY 9, 2006 |

### MOTION TO EXTEND TIME TO FILE JOINT TRIAL MEMORANDUM

The plaintiff requests that the parties be given until Friday, September 15, 2006 within which to file the joint trial memorandum.

The undersigned's appearance was filed only on December 13, 2005. A cursory review of the plaintiff's former counsel's file indicates that additional discovery on the part of the plaintiff must take place, to wit, depositions of at least four individuals, including the defendants. In addition to the press of this firm's legal business in existence prior to the filing of the undersigned's appearance in this case, the undersigned needs time to consult with the plaintiff, potential witnesses and thoroughly review all of the documents contained in plaintiff's former counsel's file. The plaintiff's former counsel's file stands a full foot in height and fills the entire volume of a standard letter-sized file storage box.

This is the plaintiff's first such request to extend time for the filing of the joint trial memorandum. The undersigned contacted opposing counsel who stated that he objected to this request.

1

RESPECTFULLY SUBMITTED,
NICHOLAS SICONOLFI, ET AL
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 9743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
TEL. NO. (203) 787-9994
FAX NO. (203) 848-1213

## CERTIFICATION

This is to certify that a copy of the foregoing was sent by fax/first-class mail, postage prepaid on this the 9th day of January, 2006 to:

Atty. Stuart E. Brown              [860-296-8494]
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114

_____
ATTY. ERSKINE D. MCINTOSH

19 Motion-Extension Joint Trial Memo