UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | |
|---|---|
| NICHOLAS SICONOLFI, ET AL | : |
| | : |
| V. | : NO.: 3:03 CV 929 (AWT) |
| | : |
| RICHARD BERNAUD AND CHRISTOPHER PAOLETTI | : JANUARY 9, 2006 |

**MOTION FOR EXTENSION OF SCHEDULING ORDER**

The plaintiff moves that the Court extend the scheduling deadlines set out in its September 22nd, 2003 approval of Rule 26(f) report of parties' planning meeting pursuant to the following:

    A. Discovery.

        1. All discovery, including depositions of expert witnesses pursuant to FRCP 26(b)(4) and initial disclosures pursuant to FRCP 26(a)(1), will be commenced immediately and shall be concluded by **May 28, 2006**.

        3. Discovery will not be conducted in phases.

        4. The parties anticipate that the plaintiff will require a total of at least four (4) depositions of fact witnesses and that the defendants will require a total of _____ (__) depositions of fact witnesses.

        5. The parties will not request permission to serve more than 25 interrogatories with respect to the parties in this report.

        6. The Plaintiff may intend to call expert witnesses at trial. Plaintiff and all other parties asserting an affirmative claim, such as a counter claim, cross claim and third party claim will designate all trial experts and provide opposing counsel with reports from

1

experts pursuant to FRCP 26(a) (2) by **thirty (30)** days before the conclusion of discovery, to wit **April 28, 2006**. Depositions of any such experts will be completed by **fifteen (15)** days before the conclusion of discovery to wit, **May 13, 2006.**

        8.      Defendants may call expert witnesses at trial. Defendants, counter defendants, cross defendants and third party defendants will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to FRCP 26(a) (2) by **30** days before the conclusion of discovery. Depositions of any such experts will be completed before the end of discovery.

    B.    Additional Parties.

        1.      Plaintiff should be allowed until **June 30, 2006** to file motions to join additional parties and until **June 30, 2006** to file motions to amend the pleadings.

        2.      Defendants should be allowed until **June 30, 2006** to file motions to join additional parties and until **15** days after service of the amended complaint to file a response to the amended complaint, to wit, **August 15, 2006**.

    C.    Dispositive Motions.

        1.      Dispositive motions, if any, shall be filed on or before **30** days after conclusion of discovery.

    D.    Joint Trial Memorandum.

        1.      The joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed on or before **Friday, September 15, 2006** or thirty days after the final ruling on the dispositive motions, whichever is later.

As officers of the Court, all counsel agree to cooperate with each other and with the Court to promote the just resolution of this action.

Discussion.

The undersigned assumed the responsibility for this case at the request of a colleague who was and is suffering under a very grave physical illness under which he had been suffering during the pendency of this entire case that culminated in an approximate two to three week hospitalization in 2004. Approximately two months later, plaintiff's former counsel was again hospitalized because of an ailment. Additionally, the plaintiff represents that his late aunt, with whom he lived and acted as her caretaker, suffered a relapse with her brain cancer in February or March of 2004 that necessitated the plaintiff spending considerable amounts of time providing care for her at the expense of his health and his individual responsibilities. His aunt died in December of 2004 of brain cancer according the plaintiff. In January of 2005 the plaintiff was hospitalized on three (3) separate occasions for a period of approximately six to seven (6-7) days from complications associated with a collapsed aorta he suffered subsequent to the death of his aunt.

The plaintiff represents that before the on set of his illness and that of his former counsel it was the former counsel's intention to take the depositions of all defendants and to conduct additional discovery.

This is the plaintiff's first such request. Counsel for the defendants informed the undersigned that he has an objection to this request.

RESPECTFULLY SUBMITTED,

NICHOLAS SICONOLFI, ET AL
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF

### CERTIFICATION

This is to certify that a copy of the foregoing motion was sent by first-class mail, postage prepaid on this the 9th day of January, 2006 to:

Atty. Stuart E. Brown          [860-296-8494]
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114

_____
ATTY. ERSKINE D. McINTOSH

19 Motion-Extension of Scheduling Deadlines

4