UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | |
|---|---|
| NICHOLAS SICONOLFI, ET AL | : |
| | : |
| V. | : NO.: 3:03 CV 929 (AWT) |
| | : |
| RICHARD BERNAUD AND CHRISTOPHER PAOLETTI | : |
| | : JANUARY 9, 2006 |

## MOTION FOR STATUS CONFERENCE

The plaintiff moves that the Court please set this case down for a status conference at the earliest available date.

RESPECTFULLY SUBMITTED,

NICHOLAS SICONOLFI, ET AL
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF

### CERTIFICATION

This is to certify that a copy of the foregoing motion was sent by first-class mail, postage prepaid on this the 9th day of January, 2006 to:

Atty. Stuart E. Brown          [860-296-8494]
Hassett & George, P.C.
555 Franklin Avenue            _____
Hartford, CT 06114             ATTY. ERSKINE D. McINTOSH

19 Motion-Extension of Scheduling Deadlines

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### (Hartford)

| | |
|---|---|
| NICHOLAS SICONOLFI, ET AL : | |
| : | |
| V. : | NO.: 3:03 CV 929 (AWT) |
| : | |
| RICHARD BERNAUD AND CHRISTOPHER : | |
| PAOLETTI : | JANUARY 9, 2006 |

## PLAINTIFF'S NOTICE OF MANUAL FILING

Please take notice that the plaintiff has manually filed the following documents:

1. Motion for Extension of Scheduling Order
2. Motion to Extend Time to File Joint Trial Memorandum
3. Motion for Status Conference

These documents have not been filed electronically because:

☒ **The plaintiff, by and through his counsel, is unable to transmit the same in PDF format.**
☐ The electronic file size of the document exceeds 1.5 megabytes
☐ The documents or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b).
☐ Plaintiff / Defendant is excused from filing this document or thing by court order.

The documents have been manually served on all parties

RESPECTFULLY SUBMITTED,

NICHOLAS SICONOLFI, ET AL
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

**COUNSEL FOR THE PLAINTIFF**

19 MOTION- NOTICE OF MANUAL FILING