# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS SICINOLFI and : | |
| THE NICHOLAS-JAMES COMPANY : | |
|     Plaintiffs, : | |
| : | |
| v. : | |
| : | CIVIL ACTION NO.: |
| TOWN OF TRUMBULL, : | 3:03 CV 929 (AWT) |
| MARLIN LIVELY, : | |
| ANN MOORE, : | |
| RICHARD BERNAUD and : | |
| CHRISTOPHER PAOLETTI, : | |
|     Defendants. : | March 6, 2007 |

## MOTION TO WITHDRAW APPEARANCE

Attorney Stuart E. Brown of Hassett & George, P.C. hereby moves to withdraw his appearance on behalf of the Defendants in this matter. The undersigned will be unable to act as counsel to the Defendants in this matter as of March 30, 2007, as he has accepted alternate employment to begin on that date, which employment would not permit him to continue as counsel for any parties currently in litigation. Attorney Louis N. George has filed an appearance on behalf of the Defendants and will continue to represent the Defendants into the future. Pursuant to Local Rule of Civil Procedure, Rule 7(e), the moving counsel has sent a copy of this motion to the remaining Defendants by certified mail.

WHEREFORE, Attorney Brown has demonstrated that good cause exists to permit his withdrawal as counsel for the Defendants

By: /s/ Stuart E. Brown
Stuart E. Brown
sbrown@hgesq.com
Fed. Bar # CT 24659
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, Connecticut 06070
(860) 651-1333

**CERTIFICE OF SERVICE**

      I hereby certify that on March 6, 2007, a copy of the foregoing Motion to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by ope5ration of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System. This is to further certify that copies have been sent this March 6, 2007, to the following counsel of record and parties concerned with this Motion to Withdraw Appearance.

Erskine D. McIntosh, Esq.
3129 Whitney Avenue, 2nd floor
Hamden, CT 06518

**By certified mail:**

Christopher Paoletti
6486 Main Street
Trumbull, CT 06611


Richard Bernaud
c/o Trumbull Police Department
158 Edison Road
Trumbull, CT 06611

                                        /s/ Stuart E. Brown
                                        Stuart E. Brown