UNITED STATES DISTRICT COURT
DISCTRICT OF CONNECTICUT

```
----------------------------------x
NICHOLAS SICINOLFI                :
                                  :
      Plaintiff,                  :
                                  :
v.                                :    CASE NO. 3:03CV929(AWT)
                                  :
RICHARD BERNAUD and               :
CHRISTOPHER PAOLETTI,             :
                                  :
      Defendants.                 :
                                  :
----------------------------------x
```

### SCHEDULING ORDER

In accordance with the telephonic status conference held on July 6, 2007, the following schedule for trial shall apply in this case:

Jury Selection will be held on January 15, 2008 at 9:00 a.m. Evidence will be presented on January 16-18 and January 22-23, 2008. The parties shall hold January 24-25, 2008, available for closing arguments, the jury charge and jury deliberations.

It is so ordered.

Dated this 10th day of July 2007 at Hartford, Connecticut.

                                   _____
                                   Alvin W. Thompson
                                   United States District Judge