UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | |
|---|---|
| NICHOLAS J. SICONOLFI | : |
| | : |
| V. | : NO.: 3:03 CV 929 (AWT) |
| | : |
| RICHARD BERNAUD AND CHRISTOPHER PAOLETTI | : JANUARY 9th, 2008 |

## STIPULATED SETTLEMENT

WHEREAS, the above-captioned action was brought by the plaintiffs, Nicholas J. Siconolfi, et al against The Town of Trumbull; Marlin Lively, Anne Moore, Richard Bernaud and Christopher Paoletti charging the defendants with causing the plaintiff to sustain certain civil and constitutional injuries; and

WHEREAS, the plaintiffs' claims against The Town of Trumbull; Marlin Lively, and Anne Moore were previously dismissed by this Court; and

WHEREAS, the plaintiffs and the defendants are desirous of settling the above referenced law suit now pending between them; and

WHEREAS, the plaintiffs and the defendants agree that settlement of all of the issues raised by the above referenced action would best serve the individual interests of all of the parties; and

WHEREAS, the plaintiffs and the defendants, by and through their undersigned counsel, have consented and do hereby consent to this Stipulated Settlement and agree to be bound thereby;

NOW THEREFORE, without trial or adjudication of any of the issues of fact or law raised by the complaint or answer herein, or which could have been raised therein, the

parties hereby stipulate and agree as follows:

1. The plaintiffs and the defendants shall immediately, and with prejudice, pursuant to Rule 41 (a) (2) FRCP, jointly move for an order of dismissal of this lawsuit with respect to the defendants additionally; the plaintiffs shall execute and deliver to the defendants' counsel a General Release.

2. Following dismissal of this lawsuit pursuant to Rule 41 (a) (2) FRCP as discussed above and receipt of the signed General Release, the defendants and/or their agents(s), within thirty (30) days thereof, pay to the plaintiff the sum of two thousand five hundred dollars ($2,500.00 US) through a check made payable to Atty. Erskine D. McIntosh, P.C. Trustee for Nicholas J. Siconolfi.

3. The parties understand and agree that neither the payment of the aforesaid sum is intended to constitute or be regarded as an admission of liability on the part of the defendants nor the plaintiffs' joining in the motion to dismiss their complaint is intended to constitute or be regarded as an admission that their case was without merit. Rather, this stipulation between the parties constitutes a compromise settlement of the matters stated in this claim for the sole purpose of avoiding further expense and inconvenience to both parties in pursuing or defending this matter as might otherwise have been required.

4. The parties expressly acknowledge that this Stipulated Settlement is intended to, and shall, constitute full and final settlement of all claims, defenses and/or rights of action which have arisen, or may in the future arise, out of any of the circumstances surrounding or which are the subject of this lawsuit without limitation.

5. The parties agree that the terms and conditions of this Stipulated Settlement shall be incorporated into the motion for order of dismissal referred to in paragraph 1 above,

and that the United States District court for the District of Connecticut may retain jurisdiction over this matter for the purpose of ensuring that all of the terms and conditions of this agreement are carried out as set forth herein.

6. The parties further agree that the settlement terms and conditions described herein represent the entire agreement of the parties concerning the settlement of this lawsuit with respect to the defendants listed herein, and that the respective parties will each bear their own costs, fees, and expenses, and that any attorney's fees owed by the plaintiff will be paid out of the settlement amount and not in addition thereto.

7. The parties further agree that they shall neither discuss, communicate nor in any way disclose to any third party, this settlement agreement. However, the parties agree that they may speak to their individual attorneys about the settlement agreement for legal purposes and the parties may speak about this settlement agreement to their respective tax advisers for tax purposes. The undersigned attorneys have communicated with their clients and represent that the aforesaid clients have agreed to the terms of this Stipulated Settlement.

RESPECTFULLY SUBMITTED,

NICHOLAS J. SICONOLFI
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. ct 9743
LAW OFFICES OF ERSKINE D. McINTOSH, PC
3129 WHITNEY AVENUE, 2ND FLOOR
HAMDEN, CT 06518-2364
Tel.: (203) 787-9994
Fax: (203) 848-1213

COUNSEL FOR THE PLAINTIFF

3

RICHARD BERNAUD, et al
THE DEFENDANTS

BY: _____
ATTY. LOUIS N. GEORGE
FEDERAL BAR NO. ct 02192
HASSETT & GEORGE, P.C.
945 HOPMEADOW STREET
SIMSBURY, CT 06070
Tel.: (860) 651-1333 x 121
Fax: (860) 651-1888

COUNSEL FOR THE DEFENDANTS

## CERTIFICATION

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this the 15th day of January, 2008 to:

Atty. Louis N. George
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070

_____
ATTY. ERSKINE D. McINTOSH

19 MOTION-STIPULATED SETTLEMENT