UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

NICHOLAS J. SICONOLFI           :
                                :
V.                              :       NO.: 3:03 CV 929 (AWT)
                                :
RICHARD BERNAUD AND CHRISTOPHER :
PAOLETTI                        :       JANUARY 9, 2008
                                :

## MOTION FOR ORDER OF DISMISSAL

Pursuant to Rule 41(a)(2) FRCP, the plaintiffs, Nicholas J. Siconolfi, by and through his counsel, and the defendants, Richard Bernaud, et al, by and through their counsel, hereby move for the dismissal of this action, with prejudice and without an award of cost to either party in accordance with the attached Stipulated Settlement. The plaintiff further respectfully requests that the provisions of the attached Stipulation of Settlement be incorporated herein consistent with Kokkonen v. Guardian Life Insurance Co. of America, 511 U.S. 375, 114 S.CT. 1673, 128 L.Ed. 2d 391 (1994), except that the parties entreat the Court to maintain jurisdiction over the settlement agreement, Id. 551 U.S. at 381-382, and they further move the Court for an order accordingly.

RESPECTFULLY SUBMITTED,

NICHOLAS J. SICONOLFI
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. ct 9743
LAW OFFICES OF ERSKINE D. McINTOSH, PC
3129 WHITNEY AVENUE, 2ND FLOOR
HAMDEN, CT 06518-2364
Tel.: (203) 787-9994
Fax: (203) 848-1213

COUNSEL FOR THE PLAINTIFF

RICHARD BERNAUD, et al
THE DEFENDANTS

BY: _____
ATTY. LOUIS N. GEORGE
FEDERAL BAR NO. ct 02192
HASSETT & GEORGE, P.C.
945 HOPMEADOW STREET
SIMSBURY, CT 06070
Tel.: (860) 651-1333 x 121
Fax: (860) 651-1888

**COUNSEL FOR THE DEFENDANTS**

**C E R T I F I C A T I O N**

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this the 15th day of January, 2008 to:

Atty. Louis N. George
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070

_____
ATTY. ERSKINE D. McINTOSH

19 MOTION-DISMISSAL